ACCEPTED
03-15-00291-CR
7931447
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/20/2015 3:13:55 PM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-15-00291-CR

| | | |
|---|---|---|
| ANTHONY J. MORALES | { | IN THE COURT OF APPEALS |
| | { | |
| VS. | { | THIRD DISTRICT |
| | { | |
| STATE OF TEXAS | { | OF TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/20/2015 3:13:55 PM
JEFFREY D. KYLE
Clerk

## MOTION TO EXTEND TIME TO FILE APPEALLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes ANOTHNY J. MORALES, Appellant in the above- entitled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 340TH Judicial District Court of Tom Green County, Texas.

2. The case below was styled the STATE OF TEXAS vs. ANTHONY J. MORALES, and numbered C-15-0098-SB.

3. Appellant was convicted of Possession of Controlled Substance 1g-4g, third degree felony enhanced to second degree felony.

4. Appellant was assessed a sentence of Fifteen (15) years confinement in the Intuitional Division of the Texas Department of Criminal Justice on April 28, 2015.

5. Notice of appeal was given on May 12, 2015.

6. The clerk's record was filed on June 25, 2015; the reporter's record was filed on July 21, 2015.

7. The appellant's brief is presently due on November 23, 2015.

8. Appellant request that an extension of time of 45 days from the present date,

1

which would make the brief due on January 7, 2016.

9. An extension of time was received extending the time for the brief to be filed by 90 days from August 24, 2015 to November 23, 2015 to the prior attorney appointed in this case.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension: Counsel for the Appellant was substituted in on this appeal by an order dated August 12, 2015. Due to cases set for jury trial in the months of August, September, October, and November, Counsel was unable to complete preparation of the brief by the deadline of November 23, 2015.

Additionally, an issue arose recently in my review of the record that requires me to consult with my client on this particular matter and I have been unable to travel to see him to date. Counsel is not set for any jury trials for the month of December and Counsel believes he will be able to complete the brief within an additional 45 days.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion to Extend Time to file Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Attorney for Appellant
State Bar No.: 12180800
123 South Irving Street
San Angelo, Texas 76903
Telephone: 325-655-5355
Telecopier: 325-655-5636
e-mail: raeleifeste@suddenlinkmail.com

2

## CERTIFICATE OF CONFERENCE

I certify that on November 20, 2015, I conferred with Mr. J. Bryan Clayton, Assistant District Attorney, District Attorney's Office, Tom Green County, regarding the request is not opposed.

RAE LEIFESTE

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Tom Green County, Mr. J. Bryan, by electronic mail.

RAE LEIFESTE

## VERIFICATION

STATE OF TEXAS §
§
COUNTY OF TOM GREEN §

Counsel for Appellant, Rae Leifeste, appearing before the undersigned notary public being duly sworn upon his oath, states that the facts in this motion are within his personal knowledge and are true and correct.

RAE LEIFESTE

**SUBSCRIBED AND SWORN TO BEFORE ME** on November 20, 2015, to certify which witness my hand and seal of office.

LINDSEY HUERTA
Notary Public
STATE OF TEXAS
My Comm. Exp. February 17, 2019

Notary Public, State of Texas

3